JOHN G. WENDEL, Appellant, *v.* ROYAL INSURANCE COMPANY et al., Respondents.

*Wendel v. Royal Insurance Co.*, 146 App. Div. 951, affirmed.
(Argued January 31, 1913; decided February 14, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 21, 1911, affirming a judgment in favor of defendants entered upon a verdict in an action to recover damages alleged to have been caused plaintiff's building through loss of lateral support resulting from excavations by defendants on adjoining lands.

*Lewis L. Delafield, Edward S. Clinch, Burlock E. Rabell* and *Alfred Gregory* for appellant.

*Edwin D. Worcester* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.